```
 1  THOMAS P. O'BRIEN                                              MADE JS-6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    Special Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 151792
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-6528
 9      Facsimile:  (213) 894-7177
        Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America

12
                      UNITED STATES DISTRICT COURT
13
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                              WESTERN DIVISION
15

16  UNITED STATES OF AMERICA,   )
                                )       NO.  CV 07-4910 GW (RZx)
17               Plaintiff,     )
                                )
18          v.                  )       CONSENT JUDGMENT
                                )
19  REAL PROPERTY LOCATED IN    )
    LOS ANGELES, CALIFORNIA     )
20  (SHANE SPREWELL AND         )
    GERALDINE NEWBORN),         )
21                              )
                 Defendant.     )
22                              )
    _____)
23  SHANE SPREWELL AND FRANCES  )
    NEWBORN,                    )
24                              )
                                )
25               Claimants.     )
                                )
26  _____)

27

28
```

1    Plaintiff the United States of America (the "government")
2 filed this civil forfeiture action on July 31, 2007.  Claimant
3 Shane Sprewell ("Sprewell") and Frances Newborn ("Newborn") filed
4 a joint unverified claim in this action on September 10, 2007 and
5 a joint verified claim on October 9, 2007.  Neither Sprewell nor
6 Newborn filed a timely answer, and no other claims or answers have
7 been filed.  On December 3, 2007, the clerk entered defaults
8 against the interests of Sprewell, Newborn and all other potential
9 claimants.
10    On January 7, 2008, the government moved for default judgment
11 against Sprewell, Newborn and all other potential claimants.  On
12 April 17, 2008, the Court entered a default judgment against the
13 interests of Sprewell.  The government withdraws its motion for
14 default judgment as to Newborn only, and the parties request that
15 the entry of default against the interests of Newborn be set aside.
16    The government and Newborn have reached an agreement that is
17 dispositive of the action and hereby request that the Court enter
18 this Consent Judgment.
19    **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
20    1.   On July 31, 2007, the government commenced this judicial
21 forfeiture action by filing its complaint against certain real
22 property located in Los Angeles, California. The legal description
23 of the defendant property is as follows:
24         Lot 93 of the Wilgary Tract in the city of Los
25         Angeles, as per Map recorded in Book 21, Pages
26         138 and 139 of Maps in the office of the
27         County Recorder of said county.
28 The Assessor's Parcel Number is 7426-012-007.

2. The government alleges in its complaint that the defendant property was used or intended to be used to commit or to facilitate the commission of violations of 21 U.S.C. §§ 841, 846, and 856 and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7). Notice of this action has been given in accordance with law. This Court has jurisdiction over the parties and the subject matter of this action.

3. At the time of filing the complaint, the titleholder to the property was Sprewell, Newborn's son. On March 10, 2008, Sprewell transferred the defendant property to Newborn by quitclaim deed, which was recorded on April 4, 2008.

4. Plaintiff has notified other potential claimants of this action by publication pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and the time for filing claims and answers has passed.

5. The default entered by the clerk on December 3, 2007, is hereby set aside with respect to Newborn only.

6. Newborn agrees that:

    a. Newborn shall act affirmatively, and to the best of her ability, to exclude from the defendant property Shane Sprewell and any person who to Newborn's knowledge is on active parole or probation for a narcotics-related offense;

    b. Newborn shall not allow Shane Sprewell or any person who, to Newborn's knowledge, is on active parole or probation for a narcotics-related offense, to reside at the defendant property;

3

    c. In the event that any unauthorized individuals enter the defendant property with Newborn's knowledge, Newborn shall immediately notify the Los Angeles Police Department and have such individuals removed from the defendant property; and

    d. Newborn shall not allow the possession, sale or use of narcotics at the defendant property by any person.

    e. In the event that any possession, sale or use of narcotics occurs at the defendant property with Newborn's knowledge, Newborn shall immediately notify the Los Angeles Police Department of such activity and cooperate in any law enforcement investigation.

 7. In the event that claimant violates any of the provisions of paragraph 6 above, the government shall have the option to seek forfeiture of the defendant property pursuant to the provisions of this paragraph 7.

    (a) The government shall notify Newborn by personal service that it intends to file a Request To Vacate Consent Judgment and Grant Judgment of Forfeiture in Favor of Plaintiff due to Newborn's violation of the terms of this consent judgment;

    (b) Newborn may, not later than 30 days after service of notice by the government, file and serve upon government counsel a motion seeking to stop the forfeiture of the defendant property on the ground that she is not in breach of paragraph 6;

1    (c)   If a timely motion pursuant to subparagraph 7(b)
2    above is not filed, or if upon ruling on such a motion,
3    the Court finds that claimant is in violation of one or
4    more provisions of paragraph 6, this Consent Judgment
5    shall be vacated and a Judgment of Forfeiture in Favor
6    of Plaintiff shall be entered.

7    8.   Upon entry of this Consent Judgment, an authorized
8 agent of the government will execute and notarize a withdrawal of
9 the lis pendens on the defendant property forthwith.

10   9.   Claimant Frances Newborn hereby releases and agrees to
11 hold harmless the United States of American, its agencies, agents
12 and officers, including local law enforcement agencies, their
13 agents, officers, employees, or servants, from all claims,
14 actions or proceedings, including, but not limited to, any claim
15 for attorney's fees and/or costs, or interest, which may
16 hereafter be asserted or brought by or which arise out of the
17 present action.

18   10.  Each party shall bear its own costs of litigation and
19 attorney's fees.  Each party waives its right to appeal.

20   11.  This Court shall retain jurisdiction over this matter
21 to enforce the Consent Judgment.

23 Dated:    May 13, 2008

25                              _____
                                 THE HONORABLE GEORGE H. WU
26                               UNITED STATES DISTRICT JUDGE

28 **[Signatures of parties appear on the next page.]**

5

**Approved as to form and content:**

DATED: May \_\_\_, 2008        THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              _____
                              LISABETH SHINER
                              Special Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA



DATED: May \_\_\_, 2008



                              _____
                              FRANCES NEWBORN
                              Pro se